■ PATRINA KITT, as Administratrix of the Estate of CHMAAR KITT SCOTT, Deceased, Respondent, v BENJAMIN OKONTA, M.D., et al., Defendants, and BROOKHAVEN REHABILITATION & HEALTH CARE CENTER, Appellant. [39 NYS3d 456]—

Order, Supreme Court, Bronx County (Stanley Green, J.), entered September 30, 2015, which, to the extent appealed from, denied defendant Brookhaven Rehabilitation & Health Care Center's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Although Brookhaven made a prima facie showing that it did not depart from good and accepted medical practices (*see Lopez v Gramuglia*, 133 AD3d 424, 425 [1st Dept 2015]; *Matos v Khan*, 119 AD3d 909, 910 [2d Dept 2014]), the report of plaintiff's medical expert raised triable issues of fact as to whether there was a departure and whether any departure was a proximate cause of decedent's death. In particular, plaintiff's expert opined that decedent presented to Brookhaven with symptoms and complaints indicative of a high risk for

deep vein thrombosis and a pulmonary embolism (DVT/PE), which was not ruled out by testing done at a prior medical facility, that Brookhaven should have performed a diagnostic workup for DVT/PE and provided prophylactic anticoagulation treatment, and that it unreasonably delayed in sending decedent to the hospital when he was found on the floor vomiting 11 days after admission (*see Bartholomew v Itzkovitz*, 119 AD3d 411, 415 [1st Dept 2014]; *Jiminian v St. Barnabas Hosp.*, 84 AD3d 647 [1st Dept 2011]). Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.